UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re: | CHAPTER 13 |
| JASON MICHAEL SHURTLIFF | Case No.  19-00575-JMM |
| MISTY DAWN HICKMAN-SHURTLIFF | |
| Debtor(s). | |

## **ORDER ON APPLICATION FOR ATTORNEY'S FEES**

**THIS MATTER** coming before the Court on the Application of Hyrum Zeyer for

Attorney's Fees to be paid in this case that was dismissed prior to confirmation of the Debtors'

Plan from funds being held by Chapter 13 Trustee, due notice having been given and the parties

determining that Debtors Attorneys request for fees of $4000, not including costs, and having

received $1,100.00 in attorney fees prior to filing results in a balance due of $2,900.00, and the

Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Debtors attorney's request for attorney's fees is

hereby approved in the amount of $4,000.00 with the balance due of $2,900.00 to be paid by the

Trustee from funds on hand on the date the case was dismissed.  The Trustee is authorized to pay

said funds to the Attorney for the Debtors.

DATED:  April 14, 2020



_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

/s/_____
Kathleen McCallister, Trustee
/s/_____
Hyrum M Zeyer, Counsel for the Debtor